AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

ANDREA BURCH, individually and on behalf all others similarly situated,
*Plaintiff*
v.
AMERIGROUP CORP., d/b/a AMERIGROUP; AMERIGROUP NEW YORK, LLC, d/b/a AMERIGROUP
*Defendants*

Case No. 11-CV-1895 (JBW)(LB)

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANDREA BURCH, individually and on behalf all others similarly situated.

Date: 04/29/2011

*/S/ Adam T. Klein*
*Attorney's signature*

Adam T. Klein - AK 3293
*Printed name and bar number*

3 Park Avenue - 29th Floor
New York, NY 10016
*Address*

ATK@outtengolden.com
*E mail address*

(212) 245-1000
*Telephone number*

(212) 977-4005
*FAX number*